| | |
|---|---|
| PROB 22 (Rev. 2/88) | DOCKET NUMBER *(Tran. Court)* <br> 3:04CR29/RV |
| **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: <br><br> Neil R. Paul <br> 620 Bay Haven Cove <br> Biloxi, MS 39532 | DISTRICT <br><br> Florida Northern | DIVISION <br><br> Pensacola |
|---|---|---|
| | NAME OF SENTENCING JUDGE <br><br> The Honorable Roger Vinson | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM <br> 10/29/03 | TO <br> 10/28/08 |

OFFENSE

Bank Fraud, 18 U.S.C. § 1344

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Southern District of Mississippi upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

6/22/05
_____
Date

_____
Senior United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

6/28/2005
_____
Effective Date

_____
United States District Judge

05 JUL -6 PM 4: 24

FILED